UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re:<br>MINH VU HOANG<br>THANH HOANG,<br>    Debtors | : Case No.: | 05-21078-TJC |
| | : Chapter: | 7 |
| MINH VU HOANG,<br>    Appellant<br>v.<br>UHY ADVISORS FLVS, INC.,<br>    Appellee | : Adversary No.: | 11-00001 |

## DESIGNATION OF ITEMS

Minh Vu Hoang, herein Appellant, hereby designates the following items to be included in the record on appeal of the Order Granting Motion to Dismiss Third Party Complaint filed by UHY Advisors FLVS, Inc., to wit:

| File Date | Paper No. | Pleading | Docket No. |
|---|---|---|---|
| 2/16/2011 | 1 | Third Party Complaint | 6 |
| 3/21/2011 | 2 | Motion to Dismiss | 12 |
| 3/21/2011 | 3 | Notice of Entry of Appearance and Request to Receive Notices | 14 |
| 4/8/2011 | 4 | Motion for Leave to Amend Caption and Motion for Re-Issuance of Summons | 19 |
| 4/12/2011 | 5 | Order Granting Motion to Dismiss | 20 |
| 4/12/2011 | 6 | Court Instruction | 21 |
| 4/18/2011 | 7 | Response in Opposition to Motion to Dismiss | 29 |
| 5/9/2011 | 8 | Third Party Complaint (Second) | 40 |
| 6/7/2011 | 9 | Motion to Dismiss Third Party Complaint | 64 |
| 6/28/2011 | 10 | Response in Opposition to Motion to Dismiss Third Party Complaint | 104 |

| 6/29/2011 | 11 | Reply in Support of Motion to Dismiss | 105 |
| 7/8/2011 | 12 | Motion to Strike Reply in Support of Motion to Dismiss | 108 |
| 7/19/2011 | 13 | Defendants' Joint Opposition to Motion to Strike Reply in Support of Motion to Dismiss | 109 |

Date: 8/28/2011

Respectfully submitted,

By: _____
Minh-Vu Hoang, Appellant
#50101-037 A-3
Federal Prison Camp
P.O. Box A
Alderson, West Virginia 24910

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true, complete and correct copy of Appellant's "Designation of Items" was, on the 28 day of August, 2011, deposited in the inmate mail repository, first-class mail, postage pre-paid, addressed to:

Gary A. Rosen, Trustee
One Church Street, Suite 802
Rockville, MD 20850

Roger Schlossberg
134 West Washington Street
Hagerstown, MD 21741

Alan M. Grochal
Tydings & Rosenberg LLP
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202

_____
Minh Vu Hoang

-2-