FILED
SEP 8 2011
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | Case No.: 05-21078-TJC |
| MINH VU HOANG | : | |
| THANH HOANG, | : | Chapter: 7 |
| Debtors | : | |
| | : : : : : : : : : : : | |
| MINH VU HOANG, | : | |
| Appellant | : | |
| | : | |
| v. | : | Adversary No.: 11-00001 |
| | : | |
| GARY A. ROSEN | : | |
| ROGER SCHLOSSBERG, | : | |
| Appellee(s) | : | |
| | : : : : : : : : : : : : : | |

**MOTION FOR LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS**

Minh Vu Hoang, herein Appellant, hereby respectfully seeks leave of the Court to proceed on appeal in the United States District Court for the District of Maryland, Greenbelt Division, in forma pauperis, pursuant to 28 U.S.C. § 1915.

Attached hereto and incorporated herein by reference is a certified copy of Appellant's trust fund account statement for the six-month period immediately preceding the August 18 and 19, 2011 filing of Notices of Appeal, as required by 28 U.S.C. § 1915(a)(2), for incarcerated litigants, such as Appellant.

Enclosed herein as well is the Affidavit encompassed in Form 6, as required by 28 U.S.C. § 1915(a)(1). Appellant incorporates herein by reference the "Statement of Issues on Appeal" that have been heretofore, or will be herewith docketed, with Form 4.

Subscribed this 30th day of August, 2011, under penalty of perjury.

By: _____
Minh Vu Hoang, Appellant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true, complete and correct copy of Appellant's "Motion for Leave to Proceed on Appeal In Forma Pauperis" was, on the 30th day of August, 2011, deposited in the inmate mail repository, first-class mail, postage pre-paid, addressed to:

Gary A. Rosen, Trustee
Gary A. Rosen Chartered
One Church Street, Suite 802
Rockville, MD 20850

Roger Schlossberg
134 West Washington Street
Hagerstown, MD 21741

Alan M. Grochal
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

_____
Minh Vu Hoang